1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   BRIAN MCKNIGHT, an individual,        Case No. 2:25-cv-03813-MCS-JPR

11                Plaintiff,                **JUDGMENT**

12

13          v.

14   JACQUELYN WRIGHT, an
15   individual; and DOES 1 through 10,
     inclusive,
16

17                Defendants.

18

19        Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of

20   Civil Procedure 4(m),

21        IT IS ADJUDGED that this action is dismissed without prejudice.

22   **IT IS SO ORDERED.**

23

24   Dated: October 6, 2025                _____

25                                          MARK C. SCARSI
                                            UNITED STATES DISTRICT JUDGE
26

27

28

                                         1